Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

STEPHEN M. MURPHY, ESQ. (SBN 103768)
LAW OFFICES OF STEPHEN M. MURPHY
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: smurphy@justice.com

Attorneys for Plaintiff Kris Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER E. ANDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; HOMEWARD BOUND OF MARIN, a California non-profit corporation; SAVONI I, LLC, a California limited liability company; RON'S PLUMBING, a business entity of unknown form, RONALD BUTCHER, an individual, ADVANCED CONSTRUCTION COMPANY, a business entity of unknown form, and ED STORY, an individual,<br><br>Defendants. | Case No.   C 05-03727 CW<br><br>[PROPOSED] ORDER |

Plaintiff's request for Continuance of the January 13, 2006 Case Management Conference and New Case Schedule was submitted to the Court on January 11, 2006. The matter having been considered, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Case Management Conference presently scheduled for January 13, 2006 be continued to 5/12/06 at 1:30 p.m. in Department 2.

**IT IS FURTHER ORDERED** that the Case Schedule be revised as follows:

| Date | Event |
|---|---|
| 4/14/06 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 4/14/06 | Last day to file Joint ADR Certification with Stipulation to ADR process of Notice of Need for ADR Phone Conference |
| 4/28/06 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report |
| 5/12/06 | Case Management Conference in Courtroom 2, Oakland at 1:30 p.m. |

Dated: January 13, 2006

Hon. Claudia Wilkins
Judge of the United States District Court

GRANTED
Judge Claudia Wilken