DAVID R. VOGL (SBN #043156)
STEVEN L. ROYCRAFT (SBN #096045)
VOGL & MEREDITH, LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone (415) 398-0200
Facsimile (415) 398-2820
dvogl@voglmeredith.com
sroycraft@voglmeredith.com

Attorneys for Defendant
HOMEWARD BOUND OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER E. ANDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; HOMEWARD BOUND OF MARIN, a California non-profit corporation; SAVONI I, a California limited liability company; RON'S PLUMBING, a business entity of unknown form; RONALD BUTCHER, an individual; ADVANCE CONSTRUCTION COMPANY, a business entity of unknown form; and ED STORY, an individual,<br><br>Defendants. | CASE NO. 05-3727 CW<br><br>STIPULATED DISMISSAL WITHOUT PREJUDICE AND ORDER DISMISSING ACTION AS TO DEFENDANT HOMEWARD BOUND OF MARIN<br><br>Complaint Filed: September 15, 2005<br><br>Trial Date: December 10, 2007 |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**:

Pursuant to Federal Rule of Civil Procedure 41(a) (1), plaintiff KRISTOFER ANDERSON and defendants UNITED STATES OF AMERICA; SAVONI I, LLC.; ED STORY, dba ADVANCE CONSTRUCTION COMPANY; and HOMEWARD BOUND OF MARIN; comprising the parties who have appeared to date in this action, hereby stipulate to the dismissal without prejudice of the action to defendant HOMEWARD BOUND OF MARIN only, with all

1  //

2  parties bearing their own fees, costs and expenses as to defendant HOMEWARD BOUND OF

3  MARIN.

4  Dated: November___, 2006                VALINOTI & DITO

5

6                                          By: _____
                                                 KENNETH L. VALINOTI
7                                                Attorneys for Plaintiff
                                                 KRISTOFER E. ANDERSON
8
   Dated:  November___, 2006               UNITED STATES ATTORNEY
9

10                                         By: _____
                                                 ANDREW Y.S. CHENG
11                                               Attorneys for Defendant
                                                 UNITED STATES OF AMERICA
12

13 Dated: November___, 2006                LOW, BALL & LYNCH

14
                                           By: _____
15                                               LAURA S. FLYNN
                                                 Attorneys for Defendant
16                                               SAVONI I, LLC

17

18 Dated: November___, 2006                HARDIMAN & CARROLL

19
                                           By: _____
20                                               GERALD K. CARROLL
                                                 Attorneys for Defendant
21                                               ED STORY, dba
                                                 ADVANCE CONSTRUCTION
22                                               COMPANY

23
   Dated: November____ , 2006              VOGL & MEREDITH LLP
24

25
                                           By: _____
26                                               DAVID R. VOGL
                                                 Attorneys for Defendant
27                                               HOMEWARD BOUND OF MARIN

28 //

2
STIPULATED DISMISSAL WITHOUT PREJUDICE AND ORDER DISMISSING ACTION AS TO
DEFENDANT HOMEWARD BOUND OF MARIN   (CASE NO.  05-3727 CW)

1  //
2  //
3

4                                    **ORDER**

5       Pursuant to the stipulation of the parties who have appeared to date,  IT IS ORDERED
6  that this action is dismissed without prejudice as to defendant HOMEWARD BOUND OF
7  MARIN only.  All parties shall bear their own fees, costs and expenses as to defendant
8  HOMEWARD BOUND OF MARIN.
9            12/7/06
10 Dated:_____

11
12                                    _____
                                      THE HONORABLE CLAUDIA WILKEN
13                                    UNITED STATES DISTRICT JUDGE