KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KRISTOFER E. ANDERSON, ) | No. C 05-3727 CW |
| ) | **E-FILING CASE** |
| Plaintiff, ) | |
| ) | **JOINT STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE DEADLINE TO** |
| ) | **MEDIATE CASE** |
| UNITED STATES OF AMERICA, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

      The parties, by and through their respective counsel respectfully request this Court to extend the deadline for mediating this case from February 22, 2007 to May 31, 2007.

      Several parties have only just appeared in the case. It is anticipated that the parties will complete sufficient discovery by April, 2007 to enable the parties to value the case for settlement purposes.

                                                        Respectfully submitted,

                                                        KEVIN V. RYAN
                                                        United States Attorney

Dated: February 13, 2007                    _____/s/_____
                                                        ANDREW Y.S. CHENG
                                                        Assistant United States Attorney
                                                        Attorneys for Defendant United States

Dated: February 13, 2007                  _____/s/_____
                                          KENNETH VALINOTI
                                          Attorney for Plaintiff

Dated: February 13, 2007                  _____/s/_____
                                          STEVEN ROYCRAFT
                                          Attorney for Defendant Homeward Bound
                                          of Marin

Dated: February 13, 2007                  _____/s/_____
                                          GEORGE RIKOS
                                          Attorney for Defendant Advanced
                                          Construction Company

Dated: February 13, 2007                  _____/s/_____
                                          LAURA S. FLYNN
                                          Attorney for Defendant Savoni I, LLC

Dated: February 13, 2007                  _____/s/_____
                                          EUGENE F. WEST
                                          Attorney for Defendant Ronald Butcher

**ORDER**

The Court, having considered the joint stipulation to continue the mediation date, hereby ORDERS that the new deadline to mediate this case is now **May 31, 2007**.

2/15/07                                   _____
                                          CLAUDIA WILKEN
                                          U.S. DISTRICT JUDGE