SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:   andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| KRISTOFER E. ANDERSON, | ) | No. C 05-3727 CW |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER OF** |
| v. | ) | **DISMISSAL AND JUDGMENT** |
| | ) | |
| | ) | Date:  April 13, 2007 |
| | ) | Time:  10:00 p.m. |
| | ) | Dep't:  4th Floor, Ctrm 2 |
| UNITED STATES OF AMERICA, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

    The parties stipulate that the United States of America shall be dismissed with prejudice and that judgment shall be entered in its favor.

    The parties further stipulate that the United States of America and Kristofer Anderson shall bear their respective costs for this action.

                                                     Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney

Dated: April 9, 2007

                                                     ____/s/_____
                                                     ANDREW Y.S. CHENG
                                                     Assistant United States Attorney

Dated: April 9, 2007

\_\_\_\_/s/_____
KENNETH VALINOTI
Attorney for Plaintiff

## ORDER AND JUDGMENT

The Court, having considered the stipulation of the United States of America and Kristofer Anderson, hereby dismisses the United States from this action with prejudice. Judgment shall be entered in favor of the United States. The United States and Kristofer Anderson will bear their own costs.

**IT IS SO ORDERED.**

Dated: 4/9/07

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge