IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER E. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>    Defendants.<br>_____ / | No. C 05-03727 CW<br><br>ORDER TO SHOW CAUSE |

On April 9, 2007, the Court granted a Stipulation and Order of Dismissal and Judgment as to Defendant United States of America. The remaining Defendants reside within the State of California and the remaining claims are state claims. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall show cause why this case should not be dismissed without prejudice to refiling in state court. Plaintiff shall file a declaration within 5 days of the date of this Order setting forth any basis for continued federal jurisdiction. Defendants may respond 5 days thereafter and Plaintiff may reply 3 days after that. Failure to file a declaration will result in dismissal of this case without prejudice to refiling in state court.

Dated: 4/10/07

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge