IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER E. ANDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-3727 CW<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE TO REFILING IN STATE COURT |

On April 9, 2007, the Court granted a Stipulation and Order of Dismissal and Judgment as to Defendant United States of America. Because the remaining Defendants reside in California and the remaining claims are state law claims, the Court ordered Plaintiff to show cause why this case should not be dismissed without prejudice to refiling in state court. He did not. The Court warned Plaintiff that failure to file a declaration would result in dismissal. Therefore, the Court dismisses this case without prejudice to refiling in state court.

IT IS SO ORDERED.

Dated: 5/2/07

_____
CLAUDIA WILKEN
United States District Judge